IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE CHEATOM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL INTELLIGENCE AGENCY, et al. | : | NO. 14-4993 |
| | : | |

## ORDER

AND NOW, this 1st day of ~~September~~ October, 2014, upon consideration of plaintiff's amended motion to proceed *in forma pauperis* (Document No. 3) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.